IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 MC 408

| | | |
|---|---|---|
| KENTUCKY SPEEDWAY, LLC, | ) | **ORDER GRANTING** |
| Plaintiff, | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| v. | ) | |
| | ) | |
| NATIONAL ASSOCIATION FOR STOCK | ) | |
| CAR RACING, INC., *et al* | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Justin A. Nelson** to appear *Pro Hac Vice* [doc. #3], filed October 24, 2006.

Upon careful review and consideration, this Court will grant the Plaintiff's Application.

In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Nelson is ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

Signed: October 30, 2006

Graham C. Mullen
United States District Judge