IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 MC 408

| | |
|---|---|
| **KENTUCKY SPEEDWAY, LLC.,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NATIONAL ASSOCIATION FOR** )<br>**STOCK CAR AUTO RACING, INC.,** )<br>Defendant. )<br>)<br>_____ ) | **ORDER** |

THIS MATTER is before the Court on its own motion. This Court granted Plaintiff's Motion to Compel [Document #1] by Order dated November 29, 2006 [Document #7].

**IT IS THEREFORE ORDERED** that the Order to Compel is hereby STAYED pending resolution of the Motion for Reconsideration [Document # 8] filed by Speedway Motorsports, Inc.

**IT IS FURTHER ORDERED** that the Plaintiff respond to the Motion for Reconsideration within fourteen (14) days of this order, pursuant to Local Rule 7.1(b) of the Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina.

**SO ORDERED**.

Signed: December 14, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge