IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 MC 408

| KENTUCKY SPEEDWAY, LLC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., | ) ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motion to Reconsider (Document 8). The Court previously granted Plaintiff's Motion to Compel (Document 1), then stayed the order pending a hearing that was held on January 23, 2007. For the reasons stated in open court,

**IT IS THEREFORE ORDERED** that Defendant's Motion to Reconsider is GRANTED in part and DENIED in part.

**IT IS FURTHER ORDERED** that Defendant's Motion to Quash Subpoena (Document 11) is DENIED.

Signed: January 29, 2007

Graham C. Mullen
United States District Judge